# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Emory Dale Long, Debtor                              Case No. 21-00724-KMS
                                                                              CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: August 27, 2025        Signature:    /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O Box 13767
                                           Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Emory Dale Long, Debtor                     Case No. 21-00724-KMS
                                                      CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor has been temporarily unable to work due to a recent injury. As a result, the Debtor has not had sufficient income to make plan payments during this period of recovery.

3. The Debtor should return to work in September 2025.

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on August 28, 2025, to:

By Electronic CM/ECF Notice:

 Chapter 13 Case Trustee

 U.S. Trustee

            /s/ Thomas C. Rollins, Jr.
            Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>EMORY DALE LONG | CASE NO: 21-00724<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/28/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/28/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>EMORY DALE LONG | CASE NO: 21-00724<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 8/28/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/28/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING          US BANKRUPTCY COURT                       (P)ALCOA BILLING CENTER BANKRUPTCY
NCRS ADDRESS DOWNLOAD                     THAD COCHRAN US COURTHOUSE                NOTICES
CASE 21-00724                             501 E COURT STREET                        ATTN TEAMHEALTH ATTN PATIENT SERVICES
SOUTHERN DISTRICT OF MISSISSIPPI          SUITE 2300                                3231 NORTH STAR CIRCLE
WED AUG 27 15-6-37 PST 2025               JACKSON  MS 39201-5036                    LOUISVILLE TN 37777-5059



COMMERIAL TRADE INC                       DELANO REGIONAL                           EMERGENCY P
PO BOX 10389                              1401 GAREES HWY                           PO BOX 4458
BAKERSFIELD  CA 93389-0389                DELANO   CA 93215-3699                    DEPT 869
                                                                                    HOUSTON  TX 77210-4458



FIRST TOWER LOAN  LLC                     (P)LENDMARK FINANCIAL SERVICES            LENDMARK FINANCIAL SVC
PO BOX 320001                             2118 USHER ST                             178 PROMENADE BLVD
FLOWOOD  MS 39232-0001                    COVINGTON GA 30014-2434                   FLOWOOD  MS 39232-8017



MS EMERGENCY PHYSICIAN                    MAGEE GENERAL HOSPITAL                    MERIT HEALTH
PO BOX 975213                             300 3RD AVE                               PO BOX 281441
DALLAS   TX 75397-5213                    MAGEE  MS 39111-3698                      ATLANTA  GA 30384-1441



MERIT HEALTH RANKIN                       MERIT HEALTH RANKIN                       MERIT HEALTH RIVER OAK
350 CROSSGATES BLVD                       PO BOX 127                                1030 RIVER OAKS DR
BRANDON  MS 39042-2601                    CONCORD  NC 28026-0127                    FLOWOOD  MS 39232-9553



ONPASV01                                  PARAGON REVENUE GROUP                     PROFRESSIONAL ACCT SER
PO BOX 1280                               216 LE PHILLIP CR                         7100 COMMERCE WAY
OAKS   PA 19456-1280                      CONCORD  NC 28025-2954                    SUITE 100
                                                                                    BRENTWOOD  TN 37027-6935


                                          EXCLUDE
(P)REPUBLIC FINANCE LLC                   (D)(P)REPUBLIC FINANCE LLC                (P)TOWER LOAN
282 TOWER RD                              282 TOWER RD                              P O BOX 320001
PONCHATOULA LA 70454-8318                 PONCHATOULA LA 70454-8318                 FLOWOOD MS 39232-0001



                                          EXCLUDE
(P)TRUSTMARK NATIONAL BANK                UNITED STATES TRUSTEE                     WILKINSON LAW FIRM
P O BOX 1928                              501 EAST COURT STREET                     51 KEYWOOD CIRCLE
BRANDON MS 39043-1928                     SUITE 6 430                               FLOWOOD  MS 39232
                                          JACKSON  MS 39201-5022



EXCLUDE                                   DEBTOR
(P)DAVID RAWLINGS                         EMORY DALE LONG                           JENNIFER A CURRY CALVILLO
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE    136 LIBBY LN                              THE ROLLINS LAW FIRM
PO BOX 566                                BRAXTON  MS 39044-2200                    702 W PINE ST
HATTIESBURG MS 39403 0566                                                           HATTIESBURG  MS 39401-3836
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236-3767
```