# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   EMORY DALE LONG, Debtor         Case No. 21-00724-KMS
                                                                                                **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: January 13, 2026          Signature:    /s/ Thomas C. Rollins, Jr.
                                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                                      Jennifer Ann Curry Calvillo (MSBN 104367)
                                                      The Rollins Law Firm, PLLC
                                                      P.O. Box 13767
                                                      Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    EMORY DALE LONG, Debtor          Case No. 21-00724-KMS
                                                                            CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 4/22/2021 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor wishes to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, dkt #113 (SDMS February 19, 2020).
   a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment date.
3. Debtor's first plan payment after confirmation was due 7/10/2021. Debtor wishes to extend the term of this case to July 2026.
4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.
5. Debtor is requesting that their Chapter 13 plan payments be adjusted as necessary.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767

Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on January 13, 2026, to:

By Electronic CM/ECF Notice:

    Chapter 13 case trustee

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

EMORY DALE LONG

CASE NO: 21-00724-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 1/14/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/14/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>EMORY DALE LONG | CASE NO: 21-00724-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/14/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/14/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-00724-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JAN 13 14-50-34 PST 2026 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | (P)ALCOA BILLING CENTER BANKRUPTCY NOTICES<br>ATTN TEAMHEALTH ATTN PATIENT SERVICES<br>3231 NORTH STAR CIRCLE<br>LOUISVILLE TN 37777-5059 |
| COMMERIAL TRADE INC<br>PO BOX 10389<br>BAKERSFIELD  CA 93389-0389 | DELANO REGIONAL<br>1401 GAREES HWY<br>DELANO  CA 93215-3699 | EMERGENCY P<br>PO BOX 4458<br>DEPT 869<br>HOUSTON  TX 77210-4458 |
| FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | (P)LENDMARK FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | LENDMARK FINANCIAL SVC<br>178 PROMENADE BLVD<br>FLOWOOD  MS 39232-8017 |
| MS EMERGENCY PHYSICIAN<br>PO BOX 975213<br>DALLAS  TX 75397-5213 | MAGEE GENERAL HOSPITAL<br>300 3RD AVE<br>MAGEE  MS 39111-3698 | MERIT HEALTH<br>PO BOX 281441<br>ATLANTA  GA 30384-1441 |
| MERIT HEALTH RANKIN<br>350 CROSSGATES BLVD<br>BRANDON  MS 39042-2601 | MERIT HEALTH RANKIN<br>PO BOX 127<br>CONCORD  NC 28026-0127 | MERIT HEALTH RIVER OAK<br>1030 RIVER OAKS DR<br>FLOWOOD  MS 39232-9553 |
| ONPASV01<br>PO BOX 1280<br>OAKS  PA 19456-1280 | PARAGON REVENUE GROUP<br>216 LE PHILLIP CR<br>CONCORD  NC 28025-2954 | PROFRESSIONAL ACCT SER<br>7100 COMMERCE WAY<br>SUITE 100<br>BRENTWOOD  TN 37027-6935 |
| | ~~EXCLUDE~~ | |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| | ~~EXCLUDE~~ | |
| (P)TRUSTMARK NATIONAL BANK<br>P O BOX 291<br>JACKSON MS 39205-0291 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | WILKINSON LAW FIRM<br>51 KEYWOOD CIRCLE<br>FLOWOOD  MS 39232 |
| ~~EXCLUDE~~ | DEBTOR | |
| ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | EMORY DALE LONG<br>136 LIBBY LN<br>BRAXTON  MS 39044-2200 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~