United States Bankruptcy Court
Southern District of Mississippi

In re:
EMORY DALE LONG
Debtor

Case No. 21-00724-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: 3180W Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | EMORY DALE LONG, 136 Libby Ln, Braxton, MS 39044-2200 |
| 4996883 | + | Delano Regional, 1401 Garees Hwy, Delano, CA 93215-3699 |
| 4996884 | | Emergency P, P.O. Box 4458, Dept 869, Houston, TX 77210-4458 |
| 4996891 | + | MS Emergency Physician, P.O. Box 975213, Dallas, TX 75397-5213 |
| 4996886 | + | Magee General Hospital, 300 3rd Ave, Magee, MS 39111-3698 |
| 4996887 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 4996888 | + | Merit Health Rankin, 350 Crossgates Blvd, Brandon, MS 39042-2601 |
| 4996889 | + | Merit Health Rankin, PO Box 127, Concord, NC 28026-0127 |
| 4996890 | + | Merit Health River Oak, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 4996892 | + | Onpasv01, P.O. Box 1280, Oaks, PA 19456-1280 |
| 4996894 | + | Professional Acct Ser, 7100 Commerce Way, Suite 100, Brentwood, TN 37027-6935 |
| 4996898 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4996881 | | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Aug 14 2026 19:36:00 | Alcoa Billing Center, 3429 Regal Dr, Alcoa, TN 37701-3265 |
| 4996882 | | Email/Text: elida@commercialtrade.com | Aug 14 2026 19:36:00 | Commerial Trade Inc, P.O. Box 10389, Bakersfield, CA 93389-0389 |
| 5014660 | + | Email/Text: bankruptcycourt@towerloan.com | Aug 14 2026 19:36:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5001519 | | Email/Text: bk@lendmarkfinancial.com | Aug 14 2026 19:36:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 4996893 | + | Email/Text: bkrnotice@prgmail.com | Aug 14 2026 19:37:00 | Paragon Revenue Group, 216 Le Phillip Cr, Concord, NC 28025-2954 |
| 4996895 | | Email/Text: bankruptcy@republicfinance.com | Aug 14 2026 19:37:00 | Republic Finance, 3405 Old Brandon Rd, Pearl, MS 39208 |
| 5001945 | | Email/Text: bankruptcy@republicfinance.com | Aug 14 2026 19:37:00 | Republic Finance, Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 4996896 | | Email/Text: bankruptcycourt@towerloan.com | Aug 14 2026 19:36:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4996897 | | Email/Text: bankruptcynotices@trustmark.com | Aug 14 2026 19:36:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4996885 | ##+ | Lendmark Financial Svc, 178 Promenade Blvd, Flowood, MS 39232-8017 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor EMORY DALE LONG jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor EMORY DALE LONG trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **EMORY DALE LONG**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−6682** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21−00724−KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**EMORY DALE LONG**

Dated: 8/14/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**